UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE L.B., | Case No. 26-cv-01105-TSH |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| ROBLOX CORPORATION, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Richard Seeborg for consideration of whether the case is related to *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation,* 25-md-03166-RS.

**IT IS SO ORDERED.**

Dated: March 17, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California